## In re Estate of Francis L. Brown, Deceased.
MacFarlane L. Brown, Petitioner-Appellant, v. Ruth Schwanke, Executor under the Will of Margaret A. Brown, Deceased, Respondent-Appellee.

Gen. No. 10,945.

Second District.

January 9, 1957.

Released for publication January 26, 1957.

Nat M. Kahn, and David J. A. Hayes, for MacFarlane L. Brown, petitioner-appellant; Hyer, Gill & Brown, for Ruth Schwanke, respondent-appellee. JUSTICE EOVALDI delivered the opinion of the court. Not to be published in full.